**ANTHONY J. BRASS (CASBN. 173302)**
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 06-0647 CRB |
| Plaintiff, | ) | Stipulation to Modify Conditions of Release; ~~Proposed~~ Order |
| vs. | ) | |
| EDWARD SOUZA, et al. | ) | Date: May    , 2007 |
| Defendants. | ) | Time: 9:30 a.m. |

**IT IS AGREED** by the parties, through their undersigned attorneys, that the conditions of defendant Edward Souza's bond may be modified, to permit travel to Bakersfield, California on May 31, 2007, to return on June 1, 2007 in order to attend the graduation of his step-daughter. Mr. Souza will be accompanied by his parents, who are his custodians.

The government enters this stipulation pursuant to defendant's request to attend this event, and the agreement of United States Pre-trial Services.

Dated: 5/24/2007

/s/ Timothy Lucey
TIMOTHY LUCEY
Assistant United States Attorney


/s/ Anthony Brass
ANTHONY J. BRASS
Attorney for Defendant
Edward Souza

## DECLARATION OF ANTHONY J. BRASS

I, Anthony J. Brass, declare as follows;

1. I am the attorney that represents Edward Souza in the above-entitled action.
2. I was informed by Mr. Souza that he would like to attend the graduation of his step-daughter in Bakersfield, California on May 31, 2007.
3. I was informed by Mr. Souza that he will be accompanied by both of his parents on this trip.
4. I have spoken with United States Pre-Trial Services Officer Richard Sarlatte, and he has no objection to Mr. Souza's current travel restriction being modified for this purpose.
5. I have spoken to Assistant United States Attorney Timothy Lucey, who has agreed that Mr. Souza's travel restriction could be modified without objection for the specific purpose of attending this graduation.

I declare the foregoing to be true and correct under of perjury, this 23rd day of May, 2007, in the City and County of San Francisco.

/s/ Anthony Brass

Anthony J. Brass

ORDER

FOR GOOD CAUSE SHOWN, and by stipulation of the parties,

IT IS ORDERED that the travel restriction of defendant Edward Souza, be modified to allow travel to the City and County of San Francisco for the specific purpose of participating in gainful employment, as verified by United States Pre-Trial Services.

Dated: May 29, 2007

_____
HON. MAR...
UNITED ST...

*IT IS SO ORDERED*
*Judge Maria-Elena James*

## PROOF OF SERVICE

I am a citizen of the United States, over the age of eighteen, and not a party to or interested in the within entitled cause.  My business address is 3223 Webster Street, San Francisco, California 94123.

On _____, I caused to be served the following document:

MOTION FOR PRE-TRIAL RELEASE, UNITED STATES v. EDWARD SOUZA, et al. CASE NUMBER CR 06-0647 CRB

By:_____    Mail:  by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at San Francisco, California.

_____    Hand Delivery:  I caused to be delivered by hand to the offices of the addressee(s) following ordinary business practices.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on _____, at San Francisco, California.

_____
Anthony J. Brass