**ANTHONY J. BRASS (CASBN. 173302)**
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>            Plaintiff,                                )<br>                                                              )<br>     vs.                                                  )<br>                                                              )<br>EDWARD SOUZA, et al.                      )<br>                                                              )<br>            Defendants.                         )<br>                                                              )<br>                                                              ) | Case No.: CR 06-0647 CRB<br><br>Stipulation to Modify Conditions of Release; ~~Proposed~~ Order<br><br>Date:  May     , 2007<br>Time:  9:30 a.m. |

**IT IS AGREED** by the parties, through their undersigned attorneys, that the conditions of defendant Edward Souza's bond may be modified temporarily, to permit travel from Sonoma County, through Marin County, and into the City and County of San Francisco, for the specific purpose of participating in gainful employment.

The government enters this stipulation pursuant to defendant's request to participate in full-time gainful employment in the City and County of San Francisco, and the agreement of United States Pre-trial Services.

Dated:  5/24/2007

/s/ Timothy Lucey
TIMOTHY LUCEY
Assistant United States Attorney


/s/ Anthony Brass
ANTHONY J. BRASS
Attorney for Defendant
Edward Souza

DECLARATION OF ANTHONY J. BRASS

I, Anthony J. Brass, declare as follows;

1. I am the attorney that represents Edward Souza in the above-entitled action.
2. I was informed by Mr. Souza that he has an opportunity to participate in gainful employment in San Francisco.
3. I have spoken with United States Pre-Trial Services Officer Richard Sarlatte, and he has no objection to Mr. Souza's current travel restriction being modified for the specific purpose of allowing Mr. Souza to work in San Francisco.
4. I have spoken to Assistant United States Attorney Timothy Lucey, who has agreed that Mr. Souza's travel restriction could be modified without objection for the specific purpose of participating in gainful employment in San Francisco.

I declare the foregoing to be true and correct under of perjury, this 4th day of May, 2007, in the City and County of San Francisco.

/s/ Anthony Brass

Anthony J. Brass

ORDER

FOR GOOD CAUSE SHOWN, and by stipulation of the parties,

IT IS ORDERED that the travel restriction of defendant Edward Souza, be modified to allow travel to the City and County of San Francisco for the specific purpose of participating in gainful employment, as verified by United States Pre-Trial Services.

Dated:   May 29 , 2007

IT IS SO ORDERED

Judge Maria-Elena James

HON. ~~~~~~~~~~
UNITED STATES MAGISTRATE JUDGE

\_____

Anthony J. Brass

PROOF OF SERVICE

I am a citizen of the United States, over the age of eighteen, and not a party to or interested in the within entitled cause.  My business address is 3223 Webster Street, San Francisco, California 94123.  On _____, I caused to be served the following document:

MOTION FOR PRE-TRIAL RELEASE, UNITED STATES v. RAYMOND FOAKES, et al. CASE NUMBER CR 06-0266 CRB

By:_____    Mail:  by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at San Francisco, California.

_____    Hand Delivery:  I caused to be delivered by hand to the offices of the addressee(s) following ordinary business practices.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on _____, at San Francisco, California.

                                                                                                   _____

                                                                                                      Anthony J. Brass