## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Maria Elena James<br>U.S. Magistrate Judge | **RE:** | Edward Souza |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR06-0647 |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                                                                 415 436 7508
U.S. Pretrial Services Officer                                      TELEPHONE NUMBER

**RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____


8-29-07                                                                        /s/
JUDICIAL OFFICER                                           DATE
                                                                        MARIA-ELENA JAMES
                                                                        UNITED STATES MAGISTRATE JUDGE

Cover Sheet (12/03/02)



|   |   |
|---|---|
| **To:** | Honorable Maria Elena James |
|   | U.S. Magistrate Judge |
| **From:** | Rich Sarlatte |
|   | U.S. Pretrial Services Officer |
| **Subject:** | Edward Souza |
|   | CR06-0647 |
| **Date:** | August 23, 2007 |

# MEMORANDUM

Your Honor:

Edward Souza initially appeared before Your Honor on February 14, 2007, charged in a Superseding Indictment with a violation of Title 21, United States Code, Section 846 - Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute Methamphetamine.

On February 27, 2007, the defendant was released on a $500,000 secured bond and the following special conditions:

1. The defendant's travel is restricted to Sonoma County, however, the defendant may travel to San Francisco for court purposes;
2. The defendant shall surrender his passport to the court by March 5, 2007, and shall not apply for any other travel documents;
3. The defendant shall not possess any firearms, destructive devices or any other dangerous weapons;
4. The defendant shall remain in the custody of Edward and Shirley Souza (parents) and reside at 139 Sandalwood Court, Santa Rosa, California;
5. The defendant shall participate in counseling and submit to random drug testing as directed by Pretrial Services;
6. The defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription;
7. The defendant shall seek and maintain gainful employment and provide Pretrial Services with verification;
8. The defendant shall submit to warrantless search and seizure of your person, automobile and residence at the direction of Pretrial Services;
9. The defendant shall have no contact, direct or indirect, with any co-defendants unless accompanied by defense counsel; and
10. The defendant shall submit to electronic monitoring and contribute to its cost as directed by Pretrial Services.

**VIOLATION:**
On August 8, 2007, the defendant tested positive for cocaine and methamphetamine. At that time, Mr. Souza was adamant that he had not used cocaine. However, he admitted that he had used methamphetamine on one occasion and stated that he consumes alcohol on occasion. The defendant was admonished for his use of methamphetamine and was reminded that he is not to drink to excess. On that day he stated that he would like to begin drug treatment and would begin attendance at Narcotics Anonymous (NA) and Alcoholic Anonymous (AA) meetings immediately. Additionally, he was open to weekly outpatient drug treatment that we would facilitate.

MEMORANDUM FOR THE HONORABLE MARIA ELENA JAMES  
U.S. MAGISTRATE JUDGE  
RE: SOUZA, EDWARD

PAGE 2

It should be noted that on August 10, 2007, Kroll Scientific Testing Lab confirmed the above methamphetamine positive, but their confirmation test for cocaine was negative.

Since the positive drug test, Mr. Souza has been attending NA/AA meetings. Additionally, he is scheduled to begin weekly drug and alcohol counseling at the Drug Abuse Alternative Center (DAAC) in Santa Rosa, California.

## RECOMMENDATION:

While we are concerned with the defendant's admitted use of methamphetamine we are encouraged by the defendant's willingness to help himself. On his own, he has been attending drug and alcohol meetings and will soon be receiving outpatient drug treatment at one of our contract facilities. Therefore, at this time we recommend that no action be taken against the defendant at this time..

This memorandum is submitted for Your Honor's information and consideration.

Respectfully Submitted

Rich Sarlatte  
U.S. Pretrial Services Specialist

Reviewed By:

Allen Lew  
Supervising U.S. Pretrial Services Officer

cc:     Tony Brass  
        Defense Attorney

        Tim Lucy  
        Assistant United States Attorney