~~PROPOSED~~ **ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | **Honorable Maria Elena James**<br>**U.S. Magistrate Judge** | **RE:** | **Edward Souza** |
| **FROM:** | **Claudette M. Silvera, Chief**<br>**U.S. Pretrial Services Officer** | **DOCKET NO.:** | **CR06-0647** |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte

**U.S. Pretrial Services Officer**

415 436 7508

**TELEPHONE NUMBER**

### RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s) *FED is suitable He is ordered into A Residential Drug Treatment Program forthwith*

A. The defendant shall be evaluated for a residential drug treatment program as soon as possible and if deemed a suitable candidate shall be admitted to the facility on the day of the evaluation.

B.

Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____

_____

JUDICIAL OFFICER

DATE 11/28/07

**Cover Sheet** (12/03/02)