**FILED**

APR 0 9 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY J. BRASS (CASBN. 173302)
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 06-0647 CRB |
| Plaintiff, ) | Stipulation to Modify Conditions of Release; Proposed Order |
| vs. ) | |
| EDWARD SOUZA, et al. ) | |
| Defendant. ) | |

IT IS AGREED by the parties, through their undersigned attorneys, that the conditions of defendant Edward Souza's bond may be modified, to permit travel to San Jose, California on April 12, 2009 and return April 13, 2009, in order to celebrate the Easter holiday with his family. Mr. Souza will be accompanied by his parents, who are his custodians. They will spend the night with family and return home by 10 AM on Monday April 13, 2009.

The government enters this stipulation pursuant to defendant's request to attend this event.

Dated: April 8, 2009

/s/ Timothy Lucey
TIMOTHY LUCEY
Assistant United States Attorney


/s/ Anthony Brass
ANTHONY J. BRASS
Attorney for Defendant
Edward Souza

U.S. v. Edward Souza
Stip. for Pre- Trial Release Modification- 1

## ORDER

FOR GOOD CAUSE SHOWN, and by stipulation of the parties,

IT IS ORDERED that the travel restriction of defendant Edward Souza, be modified to allow travel to and from the City of San Jose to attend a family Easter holiday

Dated: 4/9/09

HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE